JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFFILIATED FM INSURANCE COMPANY, a corporation;<br><br>Plaintiff,<br><br>v.<br><br>ALG WORLDWIDE LOGISTICS, LLC, a limited liability company; ACCURATE TRANSPORT, LLC, a limited liability company; and DOES 1 to 10;<br><br>Defendants.<br><br>AND ALL RELATED CROSS-ACTIONS | Case No. 5:20−cv−00807−DDP (KKx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE AND RETAIN JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT AND STIPULATED JUDGMENT**<br><br>1st Amended Complaint filed: May 27, 2020 |

/ / /

/ / /

/ / /

/ / /

/ / /

1  The Court, having considered the parties' STIPULATION TO DISMISS

2  ACTION WITHOUT PREJUDICE AND RETAIN JURISDICTION TO

3  ENFORCE SETTLEMENT AGREEMENT AND STIPULATED JUDGMENT,

4  and dismissal of ALG WORLDWIDE LOGISTICS, LLC with prejudice having

5  previously been submitted to the Court, orders the dismissal of ACCURATE

6  TRANSPORTATION, LLC without prejudice, with each party to bear its costs and

7  attorneys' fees.

8      **IT IS SO ORDERED.**

9  Dated: June 23, 2021

   _____

10                              Hon. Dean D. Pregerson
                                United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28